UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD REEVES (#341402)

VERSUS

JAMES LeBLANC, ET AL.

CIVIL ACTION

NO. 13-0586-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

**IT IS ORDERED** that the plaintiff's claims asserted against Stephanie Lamartiniere, James LeBlanc and "John Doe" be dismissed, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

IT IS FURTHER ORDERED that all of the plaintiff's claims asserted against defendants Dr. Collins, Burl Cain and Darryl Vannoy be dismissed, with prejudice, except the plaintiff's claim arising under the Americans With Disabilities Act, and that this matter be referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana, on December 1, 2014.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA