UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD REEVES (#341402)                                     CIVIL ACTION

VERSUS

JAMES LeBLANC, ET AL.                                       NO. 13-0586-JWD-RLB

## NOTICE

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

    In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Signed in Baton Rouge, Louisiana, on April 6, 2015.

                                                    RICHARD L. BOURGEOIS, JR.
                                                  UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD REEVES (#341402)                                            CIVIL ACTION

VERSUS

JAMES LeBLANC, ET AL.                                              NO. 13-0586-JWD-RLB

## SUPPLEMENTAL MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

It has come to the Court's attention that, whereas the initial Magistrate Judge's Report in this case, dated October 23, 2014 (R. Doc. 5), concluded that the plaintiff's claims asserted against defendants Troy Poret and Jimmy Cruze should be dismissed, the Report's final Recommendation did not address the liability of these defendants. Specifically, the Court found in the Report that the plaintiff's claim asserted against these individuals under 42 U.S.C. 1983 – that they improperly "revoked his previously-granted hobbycraft privileges and ordered him to send all hobbycraft tools and materials home" – was "without constitutional merit and should be dismissed." *See* R. Doc. 5 at p. 5-6. In addition, the Court found that the plaintiff's claim asserted against these defendants arising under the Americans With Disabilities Act, 42 U.S.C. §§ 12101, *et seq.*, did not "adequately assert that these defendants engaged in discrimination against the plaintiff by reason of his disability" as required by that Act. *See id.* at p. 9. Accordingly, the referenced Magistrate Judge's Report determined that the plaintiff's claims against defendants Poret and Cruze should be dismissed, and it was mere inadvertence that resulted in these defendants not being addressed in the final Recommendation. Based upon the Court's findings and conclusions in the referenced Magistrate Judge' Report, it is appropriate that a Supplemental Report be issued, recommending that the plaintiff's claims asserted against

defendants Troy Poret and Jimmy Cruze be dismissed, with prejudice.

## SUPPLEMENTAL RECOMMENDATION

It is recommended that the plaintiff's claims asserted against defendants Troy Poret and Jimmy Cruze be dismissed, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, based upon the findings and conclusions contained in the Magistrate Judge's Report dated October 23, 2014 (R. Doc. 5), and that these defendants be dismissed from this proceeding.

Signed in Baton Rouge, Louisiana, on April 6, 2015.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**