# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

RONALD REEVES (#341402)

VERSUS

JAMES LeBLANC, ET AL.

CIVIL ACTION

NO. 13-586-JWD-RLB

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Supplemental Magistrate Judge's Report and Recommendation dated April 6, 2015, to which an objection was filed;

**IT IS ORDERED** that the plaintiff's claims asserted against defendants Troy Poret and Jimmy Cruze are dismissed, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, based upon the findings and conclusions contained in the Magistrate Judge's Report dated October 23, 2014 (R.Doc. 5), and that these defendants are dismissed from this proceeding.

Signed in Baton Rouge, Louisiana, on April 14, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA