**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**RONALD REEVES (#341402)**

**VERSUS**

**JAMES M. LEBLANC, ET AL.**

**CIVIL ACTION**

**NO. 13-586-JWD-RLB**

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 8, 2016, to which no objection was filed:

**IT IS ORDERED** that the Defendants' Motion for Summary Judgment (R. Doc. 17) is GRANTED, dismissing the Plaintiff's claims asserted against all remaining served Defendants, with prejudice.

**IT IS FURTHER ORDERED** that the claims against Defendant Collins are dismissed, without prejudice, due to Plaintiff's failure to effect timely service upon the Defendant, and that this action be dismissed.

Signed in Baton Rouge, Louisiana, on <u>March 2, 2016</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**